DOROTHEA R. CHRIST, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

*Christ* v. *Third Avenue R. R. Co.,* 14 App. Div. 629, affirmed.
(Argued April 23, 1897; decided June 8, 1897.) ·

APPEAL, by certification, from an order of the Appellate · Division of the Supreme Court in the first judicial department, entered February 25, 1897, which modified and, as so modified, affirmed an order made at Special Term granting an injunction against the defendant *pendente lite.*

*William H. Page, Jr., Francis M. Scott* and *William C. Trull* for appellant.

*Elihu Root, William F. Sheehan, David B. Hill* and *Samuel B. Clarke* for respondent.

O'BRIEN, J.   This case involves the same questions and is decided upon the opinion in *Beekman* v. *The Third Avenue Railroad Company* (153 N. Y. 144).   The order appealed

from should be affirmed, with costs, and the questions certified are answered, the first, second, third, fourth and sixth in the negative, and the fifth in the affirmative.

All concur, except MARTIN, J., not sitting.

Order affirmed.